

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT MASINO, ROBERT CHEVERIE, JOHN PETERS, ANTHONY FASULO, MICHAEL SCARAGGI and DOMINICK AGOSTINO, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>FRONTIER-KEMPER CONSTRUCTORS, INC.,<br><br>Defendant. | 06 Civ. 1050 (RJD)<br><br>NOTICE OF DISMISSAL<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ MAY 19 2006 ★<br><br>BROOKLYN OFFICE |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action be and hereby is dismissed in its entirety.

Dated: New York, New York
       May 15, 2006

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Judy Wong (JW 1531)
Trinity Centre
111 Broadway, Suite 1403
New York, N.Y. 10006
(212) 943-9080
Attorneys for Plaintiffs

SO ORDERED:

s/Raymond J. Dearie
_____
U.S.D.J.        5/17/06